IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA, LAS VEGAS DIVISION

IN RE:                              :        Chapter:  7
ERIC S BRANCH                       :
RENEE M BRANCH                      :
                                    :
                                    :        BANKRUPTCY NO:   09-23160-BAM

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

   1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

   2. The address to which all such notices should be sent and substituted for that of the creditor:

   **American Express Bank, FSB**
   **c/o Becket and Lee LLP**
   **POB 3001**
   **Malvern  PA 19355 0701**


   By: /s/ GILBERT B. WEISMAN

       Gilbert B Weisman, Esquire, PA59872
       Becket & Lee LLP, Attorneys/Agent for Creditor
       POB 3001
       Malvern PA 19355-0701
       PHONE:    (610) 644-7800
       FAX:      (610) 993-8493
       EMAIL:    notices@becket-lee.com

       DATE:     08/17/2009

Pet:  07/23/2009

FSB

